# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: J.C.F., A MINOR | : | No. 417 EAL 2018 |
| | : | |
| | : | |
| PETITION OF: Y.F., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: J.C.F., III, A MINOR | : | No. 418 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: Y.F., MOTHER | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht files a Dissenting Statement.